UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DONNELL PARKER | ) | |
| | ) | |
| v. | ) | No. 3:10-00043 |
| | ) | JUDGE CAMPBELL |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## ORDER

Pending before the Court is the Defendant's Motion Requesting Clarification Of Jail Credit (Docket No. 55). The Government shall file a response to the Motion on or before July 22, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE