# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Donnell Parker | ) Case No: 3:10-00043 |
| | ) USM No: 19429-075 |
| Date of Original Judgment: Oct. 3, 2011 | ) |
| Date of Previous Amended Judgment: | ) Isaiah S. Gant |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of thirty-seven (37) months, plus sixty (60) months consecutive, for a total term of ninety-seven (97) months **is reduced to** thirty (30) months, plus sixty (60) months consecutive, for a total term of ninety (90) months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    Oct. 3, 2010    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   June 4, 2015

*Judge's signature:* Todd Campbell

Effective Date:   November 1, 2015           Todd J. Campbell, U.S. District Judge
*(if different from order date)*              *Printed name and title*